ACO

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:14-cv-04772-ERK-VMS
### Internal Use Only

| | |
|---|---|
| Stern v. MRS BPO, L.L.C. | Date Filed: 08/11/2014 |
| Assigned to: Judge Edward R. Korman | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Vera M. Scanlon | Nature of Suit: 480 Consumer Credit |
| Cause: 15:1692 Fair Debt Collection Act | Jurisdiction: Federal Question |

**Plaintiff**

**Yitzchok Stern**
*on behalf of himself and all other similarly situated consumers*

represented by **Igor B Litvak**
The Law Office of Igor Litvak
1701 Ave P
Brooklyn, NY 11229
646-796-4905
Fax: 718/408-9570
Email: igorblitvak@gmail.com
*ATTORNEY TO BE NOTICED*

**Maxim Maximov**
Maxim Maximov, LLP
1701 Avenue P
Brooklyn, NY 11229
(718) 395-3459
Fax: (718) 408-9570
Email: m@maximovlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MRS BPO, L.L.C.**

represented by **Aaron R Easley**
Sessions Fishman Nathan & Israel LLC
3 Cross Creek Drive
Flemington, NJ 08822
908-237-1660
Fax: 908-237-1663
Email: aeasley@sessions-law.biz
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/11/2014 | 1 | COMPLAINT against MRS BPO, L.L.C. filing fee $ 400, receipt number |